UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LAWTON** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 17-7888** |
| **GEORGES MEDIA GROUP LLC, et al.** | **SECTION: "G"(5)** |

### ORDER

The Court having been advised that the parties have firmly agreed upon a compromise,[1]

**IT IS HEREBY ORDERED** that this action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days, to reopen the action if settlement is not consummated. The Court retains jurisdiction to enforce the compromise agreed upon by the parties.

**IT IS FURTHER ORDERED** that the parties be directed to file an appropriate order of dismissal as soon as the settlement documents are executed. If no motion to reopen is filed, the case is officially closed and the Clerk of Court shall be relieved of responsibility of sending out further notices in this matter.

Counsel are reminded that, if witnesses have been subpoenaed, <u>every witness</u> must be notified by counsel not to appear.

**NEW ORLEANS, LOUISIANA**, this <u>25th</u> day of January, 2018.

                                                                 **NANNETTE JOLIVETTE BROWN**
                                                                 **UNITED STATES DISTRICT JUDGE**

---

[1] *See* e-mail from Kelly Moscona to Judge Brown (January 24, 2017).



Lawton v. Georges Media Group, LLC, et. al, Docket No. 2:17-cv-07888
Moscona, Kelly Dugas (New Orleans)
01/24/2018 04:46 PM
To:
efile-brown@laed.uscourts.gov
Cc:
"Seemann, Charles F., III (New Orleans)", Christina Carroll, "Dipaola, Kay A. (New Orleans)"
Hide Details
From: "Moscona, Kelly Dugas (New Orleans)" <Kelly.Moscona@jacksonlewis.com>
To: "efile-brown@laed.uscourts.gov" <efile-brown@laed.uscourts.gov>
Cc: "Seemann, Charles F., III (New Orleans)" <Charles.Seemann@jacksonlewis.com>, Christina Carroll <ccarroll@ruspclaw.com>, "Dipaola, Kay A. (New Orleans)" <Kay.Dipaola@jacksonlewis.com>
History: This message has been forwarded.

Hello,

Please be advised that the parties in the above matter have reached a settlement. Please enter a 60 day order of dismissal.

Christina Carroll, counsel for plaintiff is copied on this email.

Thanks,

Kelly Moscona
Counsel for Defendants

**Kelly Dugas Moscona**
Attorney at Law
**Jackson Lewis P.C.**
650 Poydras Street
Suite 1900
New Orleans, LA 70130
Direct: (504) 208-5883 | Main: (504) 208-1755
Kelly.Moscona@jacksonlewis.com | www.jacksonlewis.com
*Jackson Lewis P.C. is included in the AmLaw 100 law firm ranking and is a proud member of the CEO Action for Diversity and Inclusion initiative*

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.